**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **TAKAHO ESTATES, LLC, a Florida Limited Liability Company,** | |
| **Plaintiff,** | |
| **v.** | **No. 08-212 L** |
| | **Hon. Susan G. Braden** |
| **UNITED STATES,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of E. Kenneth Stegeby as attorney for the United States in the above captioned case. Mr. Stegeby is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notice, orders, or other papers may alternatively be sent to Mr. Stegeby as indicated below.

Service of all papers by U.S. Mail, whether regular mail or Express (U.S.) Mail, should be addressed to:

E. Kenneth Stegeby
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202.305.0470
Facsimile: 202.353.2021
Email: kenneth.stegeby@usdoj.gov

Express deliveries by private companies should be addressed to:

E. Kenneth Stegeby
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D St., N. W., Rm. 3205
Washington, D.C. 20004
Telephone: 202.616.4119
Facsimile: 202.353.2021
Email: kenneth.stegeby@usdoj.gov

Respectfully submitted this 21st day of May, 2008.

RONALD J. TENPAS
Assistant Attorney General

*s/E. Kenneth Stegeby*
E. KENNETH STEGEBY
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202.616.4119
Facsimile: 202.305.0506
Email: kenneth.stegeby@usdoj.gov