# In the United States Court of Federal Claims

**NOTICE**

**TAKAHO ESTATES, LLC,**
**a Florida Limited Liability Company**

**No. 08-212 L**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., May 27, 2008**

To Attorney of Record, Assistant Attorney General, and Judge Braden:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed May 23, 2008, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

John S. Buckley
ACTING CLERK OF COURT