**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **TAKAHO ESTATES, LLC, a Florida Limited Liability Company,** | |
| **Plaintiff,** | |
| **v.** | **No. 08-212 L** |
| | **Hon. Susan G. Braden** |
| **UNITED STATES,** | |
| **Defendant.** | |

**DEFENDANT'S SECOND UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Defendant, the United States of America, respectfully submits this unopposed motion for an enlargement of time of 14 days, to and including July 11, 2008, within which to file its Answer or otherwise respond to Plaintiff's Complaint. Defendant's Answer or responsive pleadings are presently due June 27, 2008. Defendant has made one prior request for an enlargement of time, and Defendant seeks the additional time based on the following grounds:

1. Plaintiff filed the present complaint on March 27, 2008, and Defendant's counsel received the Complaint on April 28, 2008. Defendant is obligated to file its Answer or otherwise respond to the Complaint by June 27, 2008.

2. Since April 28, 2008, the parties have engaged in several telephonic conferences regarding this case. Among other things, the parties have discussed and are attempting to explore the possibility of pursuing settlement discussions in this case.

3. While the discussions are presently at a very early stage, both parties have expressed a mutual interest in attempting to settle all or part of this case. Such a settlement would avoid an undue burden on and expense of time, resources, and efforts by the Court and the parties.

4. Defendant has expressed to Plaintiff that it believes the most efficient manner in which to conduct any settlement discussions is to do so without the requirements imposed by a litigation schedule, and Defendant has therefore asked Plaintiff whether it would be willing to move jointly for a stay of the case pending settlement discussions. The parties have discussed this issue earlier, and today, June 26, 2008, Plaintiff stated that it continues to assess the possibility for such a joint motion. However, Plaintiff noted that it would not be able to reach a decision on this issue until next week. Plaintiff further said that it would not oppose a motion by Defendant for an enlargement of time within which it may file an Answer or responsive pleading to Plaintiff's Complaint to allow the parties additional time to seek and reach an agreement regarding whether they should engage in settlement discussions and seek a stay to facilitate such discussions.

5. Defendant believes that the requested enlargement of time will facilitate the parties' efforts to explore the possibility of a settlement.

6. Granting this unopposed motion will not cause any undue prejudice or harm to the rights and interests of the parties herein. Additionally, the granting of the motion will promote judicial efficiency and serve the public interest by enabling the parties to explore the possibility of a settlement of this case.

WHEREFORE, Defendant respectfully requests that this Court grant its unopposed motion and allow it to and including July 11, 2008 within which to file its Answer or

otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 26th day of June, 2008.

RONALD J. TENPAS
Assistant Attorney General

*s/E. Kenneth Stegeby*
E. KENNETH STEGEBY
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202.616.4119
Facsimile: 202.305.0506
Email: kenneth.stegeby@usdoj.gov

Attorney of Record

OF COUNSEL:
Raymond Veatch
Taneesha Marshall
U.S. Department of Transportation
Federal Aviation Administration
Office of Regional Counsel
P.O. Box 20636
Atlanta, GA 30320