# In the United States Court of Federal Claims

**NOTICE**

**TAKAHO ESTATES, LLC, a**
**Florida Limited Liability Company**

**No. 08-212 L**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., June 27, 2008**

To Attorney of Record, Assistant Attorney General, and Judge Braden:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed June 26, 2008 , for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

John S. Buckley
ACTING CLERK OF COURT