**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TAKAHO ESTATES, LLC, a Florida Limited Liability Company,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-212 L** |
| | ) | **Hon. Susan G. Braden** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR TEMPORARY STAY OF LITIGATION**
**TO CONDUCT SETTLEMENT DISCUSSIONS AND [PROPOSED ORDER]**

Plaintiff, Takaho Estates, LLC, and Defendant, the United States of America, respectfully move to temporarily stay formal litigation for sixty (60) days, to an including September 9, 2008, so the parties may have an opportunity to actively pursue settlement discussions regarding Plaintiffs' claims. The parties jointly request this stay of litigation for the following reasons:

1. On March 27, 2008, Plaintiff filed the present complaint, and Defendant's counsel received the complaint on April 28, 2008.

2. The Court has granted two enlargements of time, to an including July 11, 2008, for the filing of Defendant's answer or responsive motions to Plaintiff's complaint.

3. During this time, the parties have engaged in discussions wherein they have explored the possibility of actively pursuing settlement discussions and formal mediation. The parties wish to continue their dialogue and to move forward in a mutually cooperative fashion to seek an amicable solution to Plaintiff's claims.

4. During the proposed stay, the parties will work together in an effort to reach a

settlement of the case, in whole or in part, by informal settlement negotiation discussions and, if needed, by formal mediation.

5. The parties agree that it is most productive to devote limited litigation resources to the activities described above that will materially advance resolution of Plaintiff's claims.

6. The parties agree that either side may unilaterally request that the Court re-activate this case to formal litigation status by written notice to the Court.

7. Staying the litigation, and allowing the settlement discussions to proceed, will give the parties greater latitude and flexibility to pursue a useful dialogue and any necessary information-sharing, and will allow for the parties to engage in efficient and cooperative discussions to attempt to mutually resolve Plaintiff's claims, in whole or part.

8. Granting the requested stay will not prejudice either party or adversely delay the litigation and will in fact facilitate the parties' efforts to move the settlement discussions forward by avoiding protracted hearing and motions practice. The granting of this joint motion will also serve the public interest by promoting judicial economy and efficiency and conserving the parties' limited resources.

9. Based on the foregoing, the parties respectfully request that the Court grant the following relief:

a. A temporary stay of litigation in this case for 60 days, to and including September 9, 2008;

b. Make the temporary stay effective immediately, thus deferring, among other things, (1) the time and obligation for Defendant to file its Answer or otherwise respond to the Complaint, and (2) the time and obligation of the parties to hold an early meeting of counsel and file a Joint Preliminary Status Report, until after the termination of the temporary stay; and

c. Order that the parties file a joint status report on or before August 31, 2008, informing the Court of the status of their efforts to resolve Plaintiff's claims.

WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

Respectfully submitted this 11th day of July, 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ John W. Little, III, signed by s/ E. Kenneth Stegeby, pursuant to written authorization on July 11, 2008*
JOHN W. LITTLE, III
Brigham Moore, LLP
One Clearlake Centre
250 South Australian Avenue
Suite 1601
West Palm Beach, FL 33401-5016
Seattle, WS 98101
Tel: (561) 832-7862
Fax: (561) 832-7860
Email: JLittle@brighammoore.com

Attorney of Record for Plaintiff

*s/ E.Kenneth Stegeby*
E. KENNETH STEGEBY
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 616-4119
Fax: (202) 353-2021
Email: kenneth.stegeby@usdoj.gov

Attorney of Record for Defendant