**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TAKAHO ESTATES, LLC, a Florida Limited Liability Company,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-212 L** |
| | ) | **Hon. Susan G. Braden** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED ORDER]**

This matter is before the Court on the parties' Joint Motion for Temporary Stay of Litigation to Conduct Settlement Discussions. Upon consideration of the joint motion, the record in this case, and the relevant law, it is hereby, on this _____ day of ____________________ 2008, ORDERED that, for good cause shown:

a. This case be temporarily stayed for 60 days, to and including September 9, 2008;

b. Either side may unilaterally request that the Court re-activate this case to formal litigation status by written notice to the Court;

c. The temporary stay be made effective immediately, thus deferring, among other things, (1) the time and obligation for Defendant to file its Answer or otherwise respond to the Complaint, and (2) the time and obligation of the parties to hold an early meeting of counsel and file a Joint Preliminary Status Report, until after the termination of the temporary stay; and

d. The parties file a joint status report on or before August 31, 2008, informing the Court of the status of their efforts to resolve Plaintiff's claims.

______________________________
U. S. DISTRICT JUDGE