# In The United States Court of Federal Claims

No. 08-212L
Filed: July 14, 2008

*******************************************
TAKAHO ESTATES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*******************************************

**ORDER**

The parties' Joint Motion For Temporary Stay Of Litigation To Conduct Settlement Discussions is granted. The case is stayed until September 9, 2008, and the parties will submit a Joint Status Report on or before September 2, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge