**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **TAKAHO ESTATES, LLC, a Florida Limited Liability Company,** | |
| **Plaintiff,** | |
| **v.** | **No. 08-212 L** |
| | **Hon. Susan G. Braden** |
| **UNITED STATES,** | |
| **Defendant.** | **(Electronically filed September 9, 2008)** |

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant, the United States of America, respectfully moves this Court for a three (3) day enlargement of time, to and including September 12, 2008, for the filing of its answer or responsive motions to Plaintiff's complaint. Defendant's response is presently due September 9, 2008. Defendant has made two prior requests for an enlargement of time.

The grounds for this motion are as follows:

1. The Court has granted two enlargements of time for the filing of Defendant's answer or responsive motions to Plaintiff's complaint, and, on July 14, 2008, the Court granted a temporary stay of litigation, to an including September 9, 2008.

2. During this time, the parties have engaged in discussions wherein they have explored the possibility of actively pursuing settlement discussions and formal mediation. The parties have expressed a willingness to continue their dialogue and to move forward in a mutually cooperative fashion to seek an amicable solution to Plaintiff's claims.

3. The parties are still exploring the possible alternative procedures available under the Rules of the Court of Federal Claims to resolve Plaintiff's claims without resorting to litigation.

4. Moreover, Defendant's counsel estimates that he will need an additional three (3) days to prepare Defendant's responses to Plaintiff's complaint, including obtaining the necessary review and approval of said responses by the appropriate employees of the FAA.

5. On September 9, 2008, counsel for Defendant contacted Plaintiff's counsel about this motion by telephone, and Plaintiff's counsel stated that he does not intend to file an objection to this motion.

Wherefore, pursuant to RCFC 6.1, Defendant respectfully requests that its time for filing a response to Plaintiff's complaint be extended three (3) days from September 9, 2008 to and including September 12, 2008.

Respectfully submitted this 9th day of September, 2008.

RONALD J. TENPAS
Assistant Attorney General

<u>*s/E. Kenneth Stegeby*</u>
E. KENNETH STEGEBY
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202.616.4119
Facsimile: 202.305.0506
Email: kenneth.stegeby@usdoj.gov