# In The United States Court of Federal Claims

No. 08-212L

Filed: September 10, 2008

| | |
|---|---|
| ***************************************** | |
| | * |
| TAKAHO ESTATES, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | |

**ORDER**

The Government's September 9, 2008 Unopposed Motion For Enlargement Of Time is granted. The Government will file an answer or responsive motion to Plaintiff's Complaint on or before September 12, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**