**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TAKAHO ESTATES, LLC, a Florida Limited Liability Company,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-212 L** |
| | ) | **Hon. Susan G. Braden** |
| **UNITED STATES,** | ) | |
| | ) | **(Electronically filed September 12, 2008)** |
| **Defendant.** | ) | |

**DEFENDANT'S FOURTH UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant, the United States of America, respectfully moves this Court for a six (6) day enlargement of time, to and including Thursday, September 18, 2008, for the filing of its answer or responsive motions to Plaintiff's complaint. Defendant's response is presently due September 12, 2008. Defendant has made three prior requests for an enlargement of time.

The grounds for this motion are as follows:

1. The Court has granted three enlargements of time for the filing of Defendant's answer or responsive motions to Plaintiff's complaint, to an including September 12, 2008.

2. During this time, the parties have engaged in discussions wherein they have explored the possibility of actively pursuing settlement discussions and formal mediation. The parties have expressed a willingness to continue their dialogue and to move forward in a mutually cooperative fashion to seek an amicable solution to Plaintiff's claims.

3. The parties are still exploring the possible alternative procedures available under

the Rules of the Court of Federal Claims to resolve Plaintiff's claims without resorting to litigation.

4. Moreover, Defendant's counsel estimates that he will need the additional time to prepare Defendant's responses to Plaintiff's complaint, including obtaining the necessary review and approval of said responses by the appropriate employees at the FAA.

5. On September 12, 2008, counsel for Defendant contacted Plaintiff's counsel about this motion by telephone, and Plaintiff's counsel stated that he cannot take a position with respect to this motion because he has not been able to reach his client.

Wherefore, pursuant to RCFC 6.1, Defendant respectfully requests that its time for filing a response to Plaintiff's complaint be extended six (6) days from September 12, 2008 to and including September 18, 2008.

Respectfully submitted this 12th day of September, 2008.

RONALD J. TENPAS
Assistant Attorney General

*s/E. Kenneth Stegeby*
E. KENNETH STEGEBY
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202.616.4119
Facsimile: 202.305.0506
Email: kenneth.stegeby@usdoj.gov