# In The United States Court of Federal Claims

No. 08-212L

Filed: September 15, 2008

*****************************************

TAKAHO ESTATES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*****************************************

**ORDER**

The Government's September 12, 2008 Motion For Enlargement Of Time is granted. The Government will file an answer or responsive motion to Plaintiff's Complaint on or before September 18, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**

**Judge**